IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**WILLIAM LEWIS RAMSEY**
Reg. #12429-028                                                                      **PLAINTIFF**

v.                       No. 2:18-cv-126-DPM-JJV

**ANTHONY HAYNES**, Warden, Forrest
City Low; **B. HOY**, AHSA, Forrest City
Low; **K. WILLIAMS**, Lieutenant, Forrest
City Low; **BREEDING**, Officer, Forrest
City Low; **C. JONES**, Officer, Forrest City
Low; **MICHELLE WINGO**, Physician
Assistant, Forrest City Correction Complex;
and **DOES**, Scheduling Committee for Medical
Procedures, Forrest City Correction Complex     **DEFENDANTS**

## ORDER

Unopposed partial recommendation, № 6, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Ramsey may proceed with his medical care claims against Wingo and the Doe Defendants. His claims against Anthony Haynes, B. Hoy, K. Williams, Breeding, and C. Jones are dismissed without prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 December 2018