IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIAM LEWIS RAMSEY
Reg. #12429-028                                                           PLAINTIFF

v.                          No. 2:18-cv-126-DPM

MICHELLE WINGO, Physician Assistant,
Forrest City Correction Complex; and DOES,
Scheduling Committee for Medical Procedures,
Forrest City Correction Complex                                          DEFENDANTS

ORDER

1. On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, № 25, and overrules Ramsey's objections, № 28. FED. R. CIV. P. 72(b)(3).

2. Ramsey doesn't object to the recommendation on his official capacity claims. They will be dismissed with prejudice based on sovereign immunity.

3. In his objections, Ramsey claims that he couldn't exhaust his individual capacity claims because the BOP's administrative procedure was unavailable to him. He says he had his second step — an appeal to the regional director — ready to file, but was refused indigent postage. № 28 at 1. The records, though, undercut this claim. It doesn't appear that Ramsey completed even the first step for the claims in this lawsuit — a complaint to the Warden at the institutional level. № 23-1

*at 12*. None of the four grievances Ramsey filed after his injury were about the claims in this case. *Ibid*. His unavailability argument therefore fails. Ramsey's claims against Wingo and the Doe Defendants will be dismissed without prejudice for failure to exhaust.

    So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 March 2019