IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WILLIAM LEWIS RAMSEY
Reg. #12429-028                                                            PLAINTIFF

v.                          No. 2:18-cv-126-DPM

ANTHONY HAYNES, Warden, Forrest City
Low; B. HOY, AHSA, Forrest City Low; K.
WILLIAMS, Lieutenant, Forrest City Low;
BREEDING, Officer, Forrest City Low; C.
JONES, Officer, Forrest City Low; MICHELLE
WINGO, Physician Assistant, Forrest City
Correction Complex; and DOES, Scheduling
Committee for Medical Procedures,
Forrest City Correction Complex                                           DEFENDANTS

## JUDGMENT

Ramsey's official capacity claims against Wingo and the Doe Defendants are dismissed with prejudice. All other claims are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 March 2019